No.: _____

In the United States Court of Appeals for the Eleventh Circuit

STATE OF GEORGIA, STATE OF KANSAS, STATE OF TENNESSEE, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF IDAHO, STATE OF IOWA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF WEST VIRGINIA, RINNAI AMERICA CORPORATION, NATIONAL PROPANE GAS ASSOCIATION, NATIONAL ASSOCIATION OF HOMEBUILDERS, NATURAL GAS ASSOCIATION OF GEORGIA, INC., AMERICAN GAS ASSOCIATION, AMERICAN PUBLIC GAS ASSOCIATION, FLORIDA PROPANE GAS ASSOCIATION, and FLORIDA NATURAL GAS ASSOCIATION

*Petitioners,*

v.

U.S. DEPARTMENT OF ENERGY

*Respondent.*

**PETITION FOR REVIEW**

No. _____

*State of Georgia, et al. v. U.S. Department of Energy*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Petitioners, certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Adamson, Virginia N., counsel for Petitioner State of Tennessee

2. Alabama, State of, Petitioner

3. American Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Delaware, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

4. American Public Gas Association, Petitioner, is a nonprofit corporation organized under the laws of the District of Columbia, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

5. Aguiñaga, J. Benjamin, counsel for Petitioner State of Louisiana

6. Arkansas, State of, Petitioner,

7. Axt, Philip, counsel for Petitioner State of North Dakota

8. Bailey, Andrew, Attorney General, Petitioner State of Missouri

9. Bird, Brenna, Attorney General, Petitioner State of Iowa

1

10. Brown, Derek, Attorney General, Petitioner State of Utah

11. Carr, Christopher M., Attorney General, Petitioner State of Georgia

12. Coleman, Russell, Attorney General, Petitioner Commonwealth of Kentucky

13. Corrigan, Christian, counsel for Petitioner State of Montana

14. Devine, Josh, counsel for Petitioner State of Missouri

15. Drummond, Gentner, Attorney General, Petitioner State of Oklahoma

16. Fitch, Lynn, Attorney General, Petitioner State of Mississippi

17. Florida Natural Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Florida, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

18. Florida Propane Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Florida, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

19. Gaiser, Thomas E., counsel for Petitioner State of Ohio

20. Gallagher, Kevin M., counsel for Petitioner Commonwealth of Virginia

21. Georgia, State of, Petitioner

22. Griffin, Tim, Attorney General, Petitioner State of Arkansas

23. Gaskins, Garry M., counsel for Petitioner State of Oklahoma

24. Heyburn, Jack, counsel for Petitioner Commonwealth of Kentucky

25. Hilgers, Michael T., Attorney General, Petitioner State of Nebraska

26. Hurst, Alan, counsel for Petitioner State of Idaho

27. Hydrick, Thomas, counsel for Petitioner State of South Carolina

28. Idaho, State of, Petitioner

29. Iowa, State of, Petitioner

30. Jacobs, Dylan L., counsel for Petitioner State of Arkansas

31. Jorgensen, Sarah, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

32. Kansas, State of, Petitioner

33. Kentucky, Commonwealth of, Petitioner

34. King, David, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas

3

    Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

35. Knudsen, Austin, Attorney General, Petitioner State of Montana

36. Kobach, Kris, Attorney General, Petitioner State of Kansas

37. Kuhn, Matt, counsel for Petitioner Commonwealth of Kentucky

38. Labrador, Raul, R., Attorney General, Petitioner State of Idaho

39. Louisiana, State of, Petitioner

40. Marshall, Steve, Attorney General, Petitioner State of Alabama

41. Matheny, Justin L, counsel for Petitioner State of Mississippi

42. McCuskey, John B., Attorney General, State of West Virginia

43. Mississippi, State of, Petitioner

44. Missouri, State of, Petitioner

45. Miyares, Jason, Attorney General, Petitioner Commonwealth of Virginia

46. Montana, State of, Petitioner

47. Murrill, Liz, Attorney General, Petitioner State of Louisiana

48. National Association of Homebuilders, Petitioner, is a nonprofit corporation organized under the laws of Nevada, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

49. National Propane Gas Association, Petitioner, is a nonprofit corporation organized under the laws of New Jersey, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

50. Natural Gas Association of Georgia, Inc., Petitioner, is a nonprofit corporation organized under the laws of Georgia, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

51. Nebraska, State of, Petitioner

52. Nielson, Aaron, counsel for Petitioner State of Texas

53. North Dakota, State of, Petitioner

54. Ohio, State of, Petitioner

55. Oklahoma, State of, Petitioner

56. Overing, Robert M., counsel for Petitioner State of Alabama

57. Paxton, Ken, Attorney General, Petitioner State of Texas

58. Petrany, Stephen J., counsel for Petitioner State of Georgia

59. Powell, Anthony J., counsel for Petitioner State of Kansas

60. Purser, Stanford, counsel for Petitioner State of Utah

61. Rice, James Matthew, counsel for Petitioner State of Tennessee

62. Reichman, Courtland, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

63. Reichman Jorgensen Lehman & Feldberg LLP, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

64. Rinnai America Corporation, Petitioner, is a corporation with its headquarters in Peachtree City, Georgia.  Rinnai America Corporation is a wholly owned subsidiary of Rinnai Corporation, a publicly traded corporation with its headquarters in Nagoya, Japan.

65. Skrmetti, Jonathan, Attorney General, Petitioner State of Tennessee

66. South Carolina, State of, Petitioner

67. St. John, Joseph S., counsel for Petitioner Rinnai

68. St. John LLC, counsel for Petitioner Rinnai

69. Strobl, Grant, counsel for Petitioner State of Nebraska

No. _____
*State of Georgia, et al. v. U.S. Department of Energy*

70. Tennessee, State of, Petitioner

71. Texas, State of, Petitioner

72. Utah, State of, Petitioner

73. U.S. Department of Energy, Respondent

74. Virginia, Commonwealth of, Petitioner

75. Webster, Brent, counsel for Petitioner State of Texas

76. Wessan, Eric H., counsel for Petitioner State of Iowa

77. West Virginia, State of, Petitioner

78. Williams, Michael, counsel for Petitioner State of West Virginia

79. Wilson, Alan, Attorney General, Petitioner State of South Caorlina

80. Wrigley, Drew, Attorney General, Petitioner State of North Dakota

81. Yost, Dave, Attorney General, Petitioner State of Ohio


Respectfully submitted this 17th day of January, 2025.

/s/ *Courtland L. Reichman*
Courtland L. Reichman
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1402

7

# PETITION FOR REVIEW

Pursuant to Section 336 of the Energy Policy and Conservation Act of 1975, 42 U.S.C. § 6306(b)(1), and Rule 15(a) of the Federal Rules of Appellate Procedure, State of Georgia, State of Kansas, State of Tennessee, State of Alabama, State of Arkansas, State of Idaho, State of Iowa, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of Texas, State of Utah, Commonwealth of Virginia, State of West Virginia, Rinnai America Corporation, National Propane Gas Association, National Association of Home Builders, Natural Gas Association of Georgia, Inc., American Gas Association, American Public Gas Association, Florida Propane Gas Association, and Florida Natural Gas Association hereby respectfully petition this Court to review a final rule which was promulgated by the United States Department of Energy in a proceeding entitled "Energy Conservation Program: Energy Conservation Standards for Consumer Gas-Fired Instantaneous Water Heaters" and published in the Federal Register at 89 Fed. Reg. 105188 (Dec. 26, 2024). A copy of the final rule is attached as Exhibit A.

Respectfully submitted this 17th day of January, 2025.

1

| | |
|---|---|
| **REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP** | **CHRISTOPHER M. CARR ATTORNEY GEN. OF GEORGIA** |
| */s/ Courtland L. Reichman* <br> Courtland L. Reichman <br> REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP <br> 100 Marine Parkway, Ste. 300 <br> Redwood Shores, CA 94065 <br> Tel. (650) 623-1402 <br> creichman@reichmanjorgensen.com | */s/ Stephen J. Petrany* <br> Stephen J. Petrany <br>   *Solicitor General* <br> GEORGIA DEPARTMENT OF LAW <br> 40 Capitol Square SW <br> Atlanta, Georgia 30334 <br> Tel. (404) 458-3408 <br> spetrany@law.ga.gov |
| Sarah O. Jorgensen* <br> 1201 West Peachtree St., Ste. 2300 <br> Atlanta, GA 30309 <br> Tel. (650) 623-1403 <br> sjorgensen@reichmanjorgensen.com | *Counsel for State of Georgia* |
| David A. King Jr.* <br> 1909 K Street, NW, Suite 800 <br> Washington, DC 20006 <br> dking@reichmanjorgensen.com | **JONATHAN SKRMETTI ATTORNEY GEN. AND REPORTER OF TENNESSEE** |
| *Counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association* | */s/ Virginia N. Adamson* <br> Virginia N. Adamson <br>   *Strategic Litigation Counsel &* <br>   *Assistant Solicitor General* <br> J. Matthew Rice <br>   *Solicitor General* <br> STATE OF TENNESSEE <br> OFFICE OF THE ATTORNEY GENERAL <br> P.O. Box 20207 <br> Nashville, Tennessee 37202 <br> Tel. (615) 741-3491 <br> Jenna.Adamson@ag.tn.gov |
| | *Counsel for State of Tennessee* |

2

| | |
|---|---|
| **ST. JOHN LLC** | **TIM GRIFFIN**<br>  ATTORNEY GEN. OF ARKANSAS |
| */s/ Joseph S. St. John*<br>Joseph S. St. John*<br>ST. JOHN LLC<br>1701 Jefferson Avenue<br>New Orleans, LA 70115<br>Tel. (410) 212-3475<br>scott@stjohnlaw.com<br><br>*Counsel for Rinnai America Corp.* | */s/ Dylan L. Jacobs*<br>Dylan L. Jacobs<br>  *Deputy Solicitor General*<br>OFFICE OF ATTORNEY GENERAL<br>  TIM GRIFFIN<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Tel. (501) 682-2007<br>Dylan.jacobs@agarkansas.gov<br><br>*Counsel for State of Arkansas* |
| **KRIS W. KOBACH**<br>  ATTORNEY GEN. OF KANSAS | **BRENNA BIRD**<br>  ATTORNEY GEN. OF IOWA |
| */s/ Anthony J. Powell*<br>Anthony J. Powell<br>  *Solicitor General*<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Tel. (785) 368-8539<br>anthony.powell@ag.ks.gov<br><br>*Counsel for State of Kansas* | */s/ Eric H. Wessan*<br>Eric H. Wessan<br>  *Solicitor General*<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>Tel. (515) 823-9117<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for State of Iowa* |

.
.
.
.

3

**STEVE MARSHALL**
  **ATTORNEY GEN. OF ALABAMA**

*/s/ Robert M. Overing*
Robert M. Overing
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
  OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130
Tel. (334) 242-7300
robert.overing@AlabamaAG.gov

*Counsel for State of Alabama*


**RAUL R. LABRADOR**
  **ATTORNEY GENERAL OF IDAHO**

*/s/ Alan Hurst*
Alan Hurst
  *Solicitor General*
OFFICE OF THE IDAHO
  ATTORNEY GENERAL
700 W Jefferson St #210
Boise, ID 83720
Tel. (208) 334-2400
alan.hurst@ag.idaho.gov

*Counsel for State of Idaho*

**RUSSELL COLEMAN**
  **ATTORNEY GEN. OF KENTUCKY**

*/s/ John H. Heyburn*
Matthew F. Kuhn
  *Solicitor General*
John H. Heyburn
  *Principal Deputy Solicitor General*
700 Capital Avenue, Ste. 118
Frankfort, KY 40601
Tel. (502) 696-5300
matt.kuhn@ky.gov
jack.heyburn@ky.gov

*Counsel for Commonwealth of Kentucky*


**AUSTIN KNUDSEN**
  **ATTORNEY GEN. OF MONTANA**

*/s/ Christian Corrigan*
Christian Corrigan
  *Solicitor General*
MONTANA DEPT. OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel. (406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

4

**ANDREW BAILEY**
  **ATTORNEY GEN. OF MISSOURI**

*/s/ Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
MISSOURI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
Tel. (573) 751-8870
Josh.divine@ago.mo.gov

*Counsel for State of Missouri*

**DREW H. WRIGLEY**
  **ATTORNEY GEN. OF**
  **NORTH DAKOTA**

*/s/ Philip Axt*
Philip Axt\*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Tel. (701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

**MICHAEL T. HILGERS**
  **ATTORNEY GEN. OF NEBRASKA**

*/s/ Grant D. Strobl*
Grant D. Strobl
  *Assistant Solicitor General*
OFFICE OF THE NEBRASKA
  ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
Tel. (402) 471-2683
Grant.strobl@nebraska.gov

*Counsel for State of Nebraska*

**GENTNER DRUMMOND**
  **ATTORNEY GEN. OF OKLAHOMA**

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II
  *Solicitor General*
OKLAHOMA OFFICE OF THE
  ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Tel. (405) 312-2451
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

5

**DAVE YOST**
  **ATTORNEY GEN. OF OHIO**

*T. Elliot Gaiser*
T. Elliot Gaiser
  *Solicitor General*
30 East Broad Street, 17th floor
Columbus, OH 43215
Tel. (614) 466-8980
thomas.gaiser@ohioag.gov

*Counsel for State of Ohio*


**ALAN WILSON**
  **ATTORNEY GEN. OF**
  **SOUTH CAROLINA**

*/s/ Thomas Hydrick*
Thomas Hydrick
  *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29201
Tel. (803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*

**KEN PAXTON**
  **ATTORNEY GEN. OF TEXAS**

Brent Webster
  *First Assistant Attorney General*

*/s/ Aaron L. Nielson*
Aaron L. Nielson
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
aaron.nielson@oag.texas.gov

*Counsel for State of Texas*


**JOHN B. MCCUSKEY**
  **ATTORNEY GEN. OF**
  **WEST VIRGINIA**

*/s/ Michael R. Williams*
Michael R. Williams
  *Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Tel. 304-558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

6

**DEREK BROWN**
  **ATTORNEY GEN. OF UTAH**

*/s/ Stanford E. Purser*
Stanford E. Purser
  *Solicitor General*
OFFICE OF THE UTAH
  ATTORNEY GENERAL
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
Tel. (801) 366-0100
spurser@agutah.gov

*Counsel for State of Utah*


**JASON MIYARES**
**ATTORNEY GEN. OF VIRGINIA**

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S
  OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of Virginia*

**LIZ MURRILL**
  **ATTORNEY GEN. OF LOUISIANA**

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel. (225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*


**LYNN FITCH**
  **ATTORNEY GEN. OF MISSISSIPPI**

*/s/ Justin L. Matheny*
Justin L. Matheny
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Tel. (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*



\* admission pending or to follow

7

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I caused a copy of this Petition to be served on Respondent by certified mail to:

Jennifer M. Granholm
Secretary
U.S. Department of Energy
1000 Independence Ave., SW
Washington, D.C. 20585

Samuel Walsh
General Counsel
U.S. Department of Energy
1000 Independence Ave., SW
Washington, D.C. 20585

Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

/s/ Courtland L. Reichman
Courtland L. Reichman
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1402