# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 13, 2025

Virginia Adamson
Office of Attorney General
PO BOX 20207
NASHVILLE, TN 37202-0207

Jorge Benjamin Aguinaga
Attorney General's Office
Department of Justice
1885 N 3RD ST
PO BOX 94005
BATON ROUGE, LA 70802-5146

Philip Axt
North Dakota Attorney General's Office
600 E BOULEVARD AVE DEPT 125
BISMARCK, ND 58505

Christopher Michael Carr
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Christian Brian Corrigan
Montana Attorney General's Office
Office of the Attorney General
215 N SANDERS
HELENA, MT 59601

Joshua Divine
Missouri Attorney General's Office
207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

Thomas Elliot Gaiser

Office of the Solicitor General
30 E BROAD ST FL 17
COLUMBUS, OH 43215

Kevin Michael Gallagher
Office of the Attorney General
202 N 9TH ST
RICHMOND, VA 23219

Garry M. Gaskins II
Office of Oklahoma Attorney General
15 W 6TH ST STE 1700
TULSA, OK 74119

John Hail Heyburn
Office of the Kentucky Attorney General
700 CAPITAL AVE STE 118
FRANKFORT, KY 40601

Alan M. Hurst
Idaho Office of the Attorney General
Civil Litigation Division
700 W JEFFERSON ST RM C210
PO BOX 83720
BOISE, ID 83720-0010

Thomas T. Hydrick
Attorney General's Office
PO BOX 11549
COLUMBIA, SC 29211-1549

Dylan L. Jacobs
Attorney General's Office
323 CENTER ST STE 200
LITTLE ROCK, AR 72201-2610

Sarah Jorgensen
Reichman Jorgensen Lehman & Feldberg, LLP
1201 W PEACHTREE ST STE 2300
ATLANTA, GA 30309

David King Jr.
Reichman Jorgensen Lehman & Feldberg, LLP
1909 K ST NW STE 800
WASHINGTON, DC 20006

Matthew F. Kuhn
Office of the Kentucky Attorney General
700 CAPITAL AVE STE 118
FRANKFORT, KY 40601

Jennifer L. Lewis
Attorney General's Office
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

Steven Marshall
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Justin L. Matheny
Attorney General's Office
550 HIGH ST STE 1100
PO BOX 220
JACKSON, MS 39205

Aaron L. Nielson
Office of the Texas Attorney General
Solicitor General Division
PO BOX 12548 (MC-059)
AUSTIN, TX 78711-2548

Robert Overing
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Stephen John Petrany
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Anthony J. Powell
State of Kansas Attorney General's Office
120 SW 10TH AVE
TOPEKA, KS 66612-1597

Stanford Purser

Office of the Attorney General, State of Utah
160 E 300 S FL 5
PO BOX 140854
SALT LAKE CITY, UT 84114

Courtland L. Reichman
Reichman Jorgensen Lehman & Feldberg, LLP
100 MARINE PKWY STE 300
REDWOOD SHORES, CA 94065

James Matthew Rice
Office of Attorney General
PO BOX 20207
NASHVILLE, TN 37202-0207

Joseph Scott St. John
St. John LLC
1701 JEFFERSON AVE
NEW ORLEANS, LA 70115

Grant Strobl
Attorney General's Office
2115 STATE CAPITOL
LINCOLN, NE 68509-8920

Brent Webster
Office of the Attorney General of Texas
300 W 15TH ST FL 11
PO BOX 12548 CAPITOL STATION
AUSTIN, TX 78701

Eric H. Wessan
Iowa Department of Justice
Solicitor General
1305 WALNUT ST
DES MOINES, IA 50319

Michael Ray Williams
Attorney General's Office
1900 KANAWHA BLVD E BLDG 1 RM 26-E
CHARLESTON, WV 25305-0009

Appeal Number: 25-10161-F
Case Style: State of Georgia, et al v. U.S. Department of Energy
Agency Docket Number: RIN-1904-AF65

**DISMISSAL NOTICE**

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files a Civil Appeal Statement. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue