No. 25-10161

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF GEORGIA, STATE OF KANSAS, STATE OF TENNESSEE, STATE
OF ALABAMA, STATE OF ARKANSAS, STATE OF IDAHO, STATE OF
IOWA, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA,
STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA,
STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO,
STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF
TEXAS, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF
WEST VIRGINIA, RINNAI AMERICA CORPORATION, NATIONAL
PROPANE GAS ASSOCIATION, NATIONAL ASSOCIATION OF
HOMEBUILDERS, NATURAL GAS ASSOCIATION OF GEORGIA, INC.,
AMERICAN GAS ASSOCIATION, AMERICAN PUBLIC GAS
ASSOCIATION, FLORIDA PROPANE GAS ASSOCIATION, and FLORIDA
NATURAL GAS ASSOCIATION

*Petitioners,*

v.

U.S. DEPARTMENT OF ENERGY

*Respondent.*

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

*Attorneys for Petitioners
listed below*

REICHMAN JORGENSEN
 LEHMAN & FELDBERG, LLP

Courtland L. Reichman
REICHMAN JORGENSEN LEHMAN &
FELDBERG, LLP
100 Marine Parkway, Ste. 300
Redwood Shores, CA 94065
Tel. (650) 623-1402
creichman@reichmanjorgensen.com

Sarah O. Jorgensen
1201 West Peachtree St., Ste. 2300
Atlanta, GA 30309
Tel. (650) 623-1403
sjorgensen@reichmanjorgensen.com

David A. King Jr.
1909 K Street, NW, Suite 800
Washington, DC 20006
dking@reichmanjorgensen.com

*Counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association*

CHRISTOPHER M. CARR
 ATTORNEY GEN. OF GEORGIA

Stephen J. Petrany
 *Solicitor General*
GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, Georgia 30334
Tel. (404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

JONATHAN SKRMETTI
 ATTORNEY GEN. AND
 REPORTER OF TENNESSEE

Virginia N. Adamson
 *Strategic Litigation Counsel &*
 *Assistant Solicitor General*
J. Matthew Rice
 *Solicitor General*
STATE OF TENNESSEE
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
Tel. (615) 741-3491
Jenna.Adamson@ag.tn.gov

*Counsel for State of Tennessee*

**ST. JOHN LLC**

Joseph S. St. John
ST. JOHN LLC
1701 Jefferson Avenue
New Orleans, LA 70115
Tel. (410) 212-3475
scott@stjohnlaw.com

*Counsel for Rinnai America Corp.*


**KRIS W. KOBACH**
  **ATTORNEY GEN. OF KANSAS**

Anthony J. Powell
  *Solicitor General*
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel. (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*


**TIM GRIFFIN**
  **ATTORNEY GEN. OF ARKANSAS**

Autumn Hamit Patterson
  *Solicitor General*
OFFICE OF ATTORNEY GENERAL
  TIM GRIFFIN
323 Center Street, Suite 200
Little Rock, AR 72201
Tel. (501) 682-2007
Autumn.patterson@arkansasag.gov

*Counsel for State of Arkansas*


**BRENNA BIRD**
  **ATTORNEY GEN. OF IOWA**

Eric H. Wessan
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel. (515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

STEVE MARSHALL
  ATTORNEY GEN. OF ALABAMA

Robert M. Overing
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
  OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130
Tel. (334) 242-7300
robert.overing@AlabamaAG.gov

*Counsel for State of Alabama*


RAUL R. LABRADOR
  ATTORNEY GENERAL OF IDAHO

Alan Hurst
  *Solicitor General*
OFFICE OF THE IDAHO
  ATTORNEY GENERAL
700 W Jefferson St #210
Boise, ID 83720
Tel. (208) 334-2400
alan.hurst@ag.idaho.gov

*Counsel for State of Idaho*

RUSSELL COLEMAN
  ATTORNEY GEN. OF KENTUCKY

Matthew F. Kuhn
  *Solicitor General*
Jack Heyburn
  *Principal Deputy Solicitor General*
700 Capital Avenue, Ste. 118
Frankfort, KY 40601
Tel. (502) 696-5300
matt.kuhn@ky.gov
jack.heyburn@ky.gov

*Counsel for Commonwealth of
Kentucky*


AUSTIN KNUDSEN
  ATTORNEY GEN. OF MONTANA

Christian Corrigan
  *Solicitor General*
MONTANA DEPT. OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel. (406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

ANDREW BAILEY
  ATTORNEY GEN. OF MISSOURI

Joshua M. Devine
  *Solicitor General*
MISSOURI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
Tel. (573) 751-8870
Josh.divine@ago.mo.gov

*Counsel for State of Missouri*


MICHAEL T. HILGERS
  ATTORNEY GEN. OF NEBRASKA

Grant D. Strobl
  *Assistant Solicitor General*
OFFICE OF THE NEBRASKA
  ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
Tel. (402) 471-2683
Grant.strobl@nebraska.gov

*Counsel for State of Nebraska*

DREW H. WRIGLEY
  ATTORNEY GEN. OF
  NORTH DAKOTA

Philip Axt
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Tel. (701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*


GENTNER DRUMMOND
  ATTORNEY GEN. OF OKLAHOMA

Garry M. Gaskins, II
  *Solicitor General*
OKLAHOMA OFFICE OF THE
  ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Tel. (405) 312-2451
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

**DAVE YOST**
 **ATTORNEY GEN. OF OHIO**

T. Elliot Gaiser
 *Solicitor General*
30 East Broad Street, 17th floor
Columbus, OH 43215
Tel. (614) 466-8980
thomas.gaiser@ohioag.gov

*Counsel for State of Ohio*

**ALAN WILSON**
 **ATTORNEY GEN. OF**
 **SOUTH CAROLINA**

Thomas Hydrick
 *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29201
Tel. (803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*

**KEN PAXTON**
 **ATTORNEY GEN. OF TEXAS**

Brent Webster
 *First Assistant Attorney General*

Aaron L. Nielson
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
aaron.nielson@oag.texas.gov

*Counsel for State of Texas*

**JOHN B. MCCUSKEY**
 **ATTORNEY GEN. OF**
 **WEST VIRGINIA**

Michael R. Williams
 *Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Tel. 304-558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

DEREK BROWN
  ATTORNEY GEN. OF UTAH

Stanford E. Purser
  *Solicitor General*
OFFICE OF THE UTAH
  ATTORNEY GENERAL
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
Tel. (801) 366-0100
spurser@agutah.gov

*Counsel for State of Utah*


JASON MIYARES
ATTORNEY GEN. OF VIRGINIA

Kevin M. Gallagher
  *Principal Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S
  OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of
Virginia*

LIZ MURRILL
  ATTORNEY GEN. OF LOUISIANA

J. Benjamin Aguiñaga
  *Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel. (225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*


LYNN FITCH
  ATTORNEY GEN. OF MISSISSIPPI

Justin L. Matheny
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Tel. (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

No. 25-10161

**State of Georgia, et al. v. U.S. Department of Energy**

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Counsel for Petitioners certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Adamson, Virginia N., counsel for Petitioner State of Tennessee

2. Alabama, State of, Petitioner

3. American Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Delaware, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

4. American Public Gas Association, Petitioner, is a nonprofit corporation organized under the laws of the District of Columbia, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

5. Aguiñaga, J. Benjamin, counsel for Petitioner State of Louisiana

6. Arkansas, State of, Petitioner,

7. Axt, Philip, counsel for Petitioner State of North Dakota

8. Bailey, Andrew, Attorney General, Petitioner State of Missouri

9. Bird, Brenna, Attorney General, Petitioner State of Iowa

No. 25-10161

**State of Georgia, et al. v. U.S. Department of Energy**

10.  Brown, Derek, Attorney General, Petitioner State of Utah

11.  Carr, Christopher M., Attorney General, Petitioner State of Georgia

12.  Coleman, Russell, Attorney General, Petitioner Commonwealth of Kentucky

13.  Corrigan, Christian, counsel for Petitioner State of Montana

14.  Divine, Josh, counsel for Petitioner State of Missouri

15.  Drummond, Gentner, Attorney General, Petitioner State of Oklahoma

16.  Fitch, Lynn, Attorney General, Petitioner State of Mississippi

17.  Florida Natural Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Florida, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

18.  Florida Propane Gas Association, Petitioner, is a nonprofit corporation organized under the laws of Florida, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

19.  Gaiser, Thomas E., counsel for Petitioner State of Ohio

20.  Gallagher, Kevin M., counsel for Petitioner Commonwealth of Virginia

21.  Georgia, State of, Petitioner

22.  Griffin, Tim, Attorney General, Petitioner State of Arkansas

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

23.  Gaskins, Garry M., II, counsel for Petitioner State of Oklahoma

24.  Heyburn, John H., counsel for Petitioner Commonwealth of Kentucky

25.  Hilgers, Michael T., Attorney General, Petitioner State of Nebraska

26.  Hurst, Alan, counsel for Petitioner State of Idaho

27.  Hydrick, Thomas, counsel for Petitioner State of South Carolina

28.  Idaho, State of, Petitioner

29.  Iowa, State of, Petitioner

30.  Jacobs, Dylan L., former counsel for Petitioner State of Arkansas

31.  Jorgensen, Sarah, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

32.  Kansas, State of, Petitioner

33.  Kentucky, Commonwealth of, Petitioner

34.  King, David, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

35. Knudsen, Austin, Attorney General, Petitioner State of Montana

36. Kobach, Kris, Attorney General, Petitioner State of Kansas

37. Kuhn, Matt, counsel for Petitioner Commonwealth of Kentucky

38. Labrador, Raul, R., Attorney General, Petitioner State of Idaho

39. Louisiana, State of, Petitioner

40. Marshall, Steve, Attorney General, Petitioner State of Alabama

41. Matheny, Justin L, counsel for Petitioner State of Mississippi

42. McCuskey, John B., Attorney General, State of West Virginia

43. Mississippi, State of, Petitioner

44. Missouri, State of, Petitioner

45. Miyares, Jason, Attorney General, Petitioner Commonwealth of Virginia

46. Montana, State of, Petitioner

47. Murrill, Liz, Attorney General, Petitioner State of Louisiana

48. National Association of Homebuilders, Petitioner, is a nonprofit corporation organized under the laws of Nevada, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

49. National Propane Gas Association, Petitioner, is a nonprofit corporation organized under the laws of New Jersey, it does not have a parent

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

50.    Natural Gas Association of Georgia, Inc., Petitioner, is a nonprofit corporation organized under the laws of Georgia, it does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock as it does not issue stock.

51.    Nebraska, State of, Petitioner

52.    Nielson, Aaron, counsel for Petitioner State of Texas

53.    North Dakota, State of, Petitioner

54.    Ohio, State of, Petitioner

55.    Oklahoma, State of, Petitioner

56.    Overing, Robert M., counsel for Petitioner State of Alabama

57.    Patterson, Autumn Hamit, counsel for Petitioner State of Arkansas

58.    Paxton, Ken, Attorney General, Petitioner State of Texas

59.    Petrany, Stephen J., counsel for Petitioner State of Georgia

60.    Powell, Anthony J., counsel for Petitioner State of Kansas

61.    Purser, Stanford, counsel for Petitioner State of Utah

62.    Raab, Michael S., counsel for Respondent U.S. Department of Energy

63.    Rice, James Matthew, counsel for Petitioner State of Tennessee

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

64. Reichman, Courtland, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

65. Reichman Jorgensen Lehman & Feldberg LLP, counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association

66. Rinnai America Corporation, Petitioner, is a corporation with its headquarters in Peachtree City, Georgia. Rinnai America Corporation is a wholly owned subsidiary of Rinnai Corporation ("RINIF"), a publicly traded corporation with its headquarters in Nagoya, Japan.

67. Skrmetti, Jonathan, Attorney General, Petitioner State of Tennessee

68. South Carolina, State of, Petitioner

69. St. John, Joseph S., counsel for Petitioner Rinnai

70. St. John LLC, counsel for Petitioner Rinnai

71. Starcher, Jack, counsel for Respondent U.S. Department of Energy

**No. 25-10161**
**State of Georgia, et al. v. U.S. Department of Energy**

72.   Strobl, Grant, counsel for Petitioner State of Nebraska

73.   Tennessee, State of, Petitioner

74.   Texas, State of, Petitioner

75.   Utah, State of, Petitioner

76.   U.S. Department of Energy, Respondent

77.   Virginia, Commonwealth of, Petitioner

78.   Webster, Brent, First Assistant Attorney General, Petitioner State of Texas

79.   Wessan, Eric H., counsel for Petitioner State of Iowa

80.   West Virginia, State of, Petitioner

81.   Williams, Michael, counsel for Petitioner State of West Virginia

82.    Wilson, Alan, Attorney General, Petitioner State of South Caorlina

83.   Wrigley, Drew, Attorney General, Petitioner State of North Dakota

84.   Yost, Dave, Attorney General, Petitioner State of Ohio

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP | CHRISTOPHER M. CARR ATTORNEY GEN. OF GEORGIA |
| | |
| */s/ Courtland L. Reichman* | */s/ Stephen J. Petrany* |
| Courtland L. Reichman | Stephen J. Petrany |
| REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP | *Solicitor General* |
| 100 Marine Parkway, Ste. 300 | GEORGIA DEPARTMENT OF LAW |
| Redwood Shores, CA 94065 | 40 Capitol Square SW |
| Tel. (650) 623-1402 | Atlanta, Georgia 30334 |
| creichman@reichmanjorgensen.com | Tel. (404) 458-3408 |
| | spetrany@law.ga.gov |
| Sarah O. Jorgensen | |
| 1201 West Peachtree St., Ste. 2300 | *Counsel for State of Georgia* |
| Atlanta, GA 30309 | |
| Tel. (650) 623-1403 | |
| sjorgensen@reichmanjorgensen.com | JONATHAN SKRMETTI ATTORNEY GEN. AND REPORTER OF TENNESSEE |
| David A. King Jr. | |
| 1909 K Street, NW, Suite 800 | */s/ Virginia N. Adamson* |
| Washington, DC 20006 | Virginia N. Adamson |
| dking@reichmanjorgensen.com | *Strategic Litigation Counsel & Assistant Solicitor General* |
| *Counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association* | J. Matthew Rice *Solicitor General* STATE OF TENNESSEE OFFICE OF THE ATTORNEY GENERAL P.O. Box 20207 Nashville, Tennessee 37202 Tel. (615) 741-3491 Jenna.Adamson@ag.tn.gov |
| | *Counsel for State of Tennessee* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| **ST. JOHN LLC** | **TIM GRIFFIN**<br>  **ATTORNEY GEN. OF ARKANSAS** |
| */s/ Joseph S. St. John* | |
| Joseph S. St. John | */s/ Autumn Hamit Patterson* |
| ST. JOHN LLC | Autumn Hamit Patterson |
| 1701 Jefferson Avenue | *Solicitor General* |
| New Orleans, LA 70115 | OFFICE OF ATTORNEY GENERAL |
| Tel. (410) 212-3475 |   TIM GRIFFIN |
| scott@stjohnlaw.com | 323 Center Street, Suite 200 |
| | Little Rock, AR 72201 |
| *Counsel for Rinnai America Corp.* | Tel. (501) 682-2007 |
| | autumn.patterson@arkansasag.gov |
| **KRIS W. KOBACH**<br>  **ATTORNEY GEN. OF KANSAS** | *Counsel for State of Arkansas* |
| */s/ Anthony J. Powell* | **BRENNA BIRD**<br>  **ATTORNEY GEN. OF IOWA** |
| Anthony J. Powell | |
| *Solicitor General* | */s/ Eric H. Wessan* |
| 120 SW 10th Avenue, 2nd Floor | Eric H. Wessan |
| Topeka, Kansas 66612 | *Solicitor General* |
| Tel. (785) 368-8539 | 1305 E. Walnut Street |
| anthony.powell@ag.ks.gov | Des Moines, Iowa 50319 |
| | Tel. (515) 823-9117 |
| *Counsel for State of Kansas* | eric.wessan@ag.iowa.gov |
| | *Counsel for State of Iowa* |

No. 25-10161

**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| STEVE MARSHALL | RUSSELL COLEMAN |
|   ATTORNEY GEN. OF ALABAMA |   ATTORNEY GEN. OF KENTUCKY |
| | |
| */s/ Robert M. Overing* | */s/ John H. Heyburn* |
| Robert M. Overing | Matthew F. Kuhn |
|   *Deputy Solicitor General* |   *Solicitor General* |
| OFFICE OF THE ATTORNEY GENERAL | John H. Heyburn |
|   OF ALABAMA |   *Principal Deputy Solicitor General* |
| 501 Washington Avenue | 700 Capital Avenue, Ste. 118 |
| Montgomery, Alabama 36130 | Frankfort, KY 40601 |
| Tel. (334) 242-7300 | Tel. (502) 696-5300 |
| robert.overing@AlabamaAG.gov | matt.kuhn@ky.gov |
| | jack.heyburn@ky.gov |
| | |
| *Counsel for State of Alabama* | *Counsel for Commonwealth of Kentucky* |
| | |
| RAUL R. LABRADOR | |
|   ATTORNEY GENERAL OF IDAHO | AUSTIN KNUDSEN |
| |   ATTORNEY GEN. OF MONTANA |
| */s/ Alan Hurst* | |
| Alan Hurst | */s/ Christian Corrigan* |
|   *Solicitor General* | Christian Corrigan |
| OFFICE OF THE IDAHO |   *Solicitor General* |
|   ATTORNEY GENERAL | MONTANA DEPT. OF JUSTICE |
| 700 W Jefferson St #210 | 215 North Sanders |
| Boise, ID 83720 | P.O. Box 201401 |
| Tel. (208) 334-2400 | Helena, MT 59620-1401 |
| alan.hurst@ag.idaho.gov | Tel. (406) 444-2026 |
| | christian.corrigan@mt.gov |
| *Counsel for State of Idaho* | |
| | *Counsel for State of Montana* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| **ANDREW BAILEY**<br>  **ATTORNEY GEN. OF MISSOURI**<br><br>*/s/ Joshua M. Divine*<br>Joshua M. Divine<br>  *Solicitor General*<br>MISSOURI ATTORNEY<br>  GENERAL'S OFFICE<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-8870<br>Josh.divine@ago.mo.gov<br><br>*Counsel for State of Missouri* | **DREW H. WRIGLEY**<br>  **ATTORNEY GEN. OF**<br>  **NORTH DAKOTA**<br><br>*/s/ Philip Axt*<br>Philip Axt<br>  *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Tel. (701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for State of North Dakota* |
| **MICHAEL T. HILGERS**<br>  **ATTORNEY GEN. OF NEBRASKA**<br><br>*/s/ Grant D. Strobl*<br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>OFFICE OF THE NEBRASKA<br>  ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Tel. (402) 471-2683<br>Grant.strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* | **GENTNER DRUMMOND**<br>  **ATTORNEY GEN. OF OKLAHOMA**<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II<br>  *Solicitor General*<br>OKLAHOMA OFFICE OF THE<br>  ATTORNEY GENERAL<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Tel. (405) 312-2451<br>garry.gaskins@oag.ok.gov<br><br>*Counsel for State of Oklahoma* |

No. 25-10161

**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| **DAVE YOST**<br>  **ATTORNEY GEN. OF OHIO**<br><br>*T. Elliot Gaiser*<br>T. Elliot Gaiser<br>  *Solicitor General*<br>30 East Broad Street, 17th floor<br>Columbus, OH 43215<br>Tel. (614) 466-8980<br>thomas.gaiser@ohioag.gov<br><br>*Counsel for State of Ohio*<br><br><br>**ALAN WILSON**<br>  **ATTORNEY GEN. OF**<br>  **SOUTH CAROLINA**<br><br>*/s/ Thomas Hydrick*<br>Thomas Hydrick<br>  *Assistant Deputy Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 11549<br>Columbia, SC 29201<br>Tel. (803) 734-4127<br>thomashydrick@scag.gov<br><br>*Counsel for State of South Carolina* | **KEN PAXTON**<br>  **ATTORNEY GEN. OF TEXAS**<br><br>Brent Webster<br>  *First Assistant Attorney General*<br><br>*/s/ Aaron L. Nielson*<br>Aaron L. Nielson<br>  *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>aaron.nielson@oag.texas.gov<br><br>*Counsel for State of Texas*<br><br><br>**JOHN B. MCCUSKEY**<br>  **ATTORNEY GEN. OF**<br>  **WEST VIRGINIA**<br><br>*/s/ Michael R. Williams*<br>Michael R. Williams<br>  *Solicitor General*<br>State Capitol Complex,<br>Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br>Tel. 304-558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for State of West Virgina* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

DEREK BROWN
  ATTORNEY GEN. OF UTAH

*/s/ Stanford E. Purser*
Stanford E. Purser
  *Solicitor General*
OFFICE OF THE UTAH
  ATTORNEY GENERAL
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
Tel. (801) 366-0100
spurser@agutah.gov

*Counsel for State of Utah*


JASON MIYARES
ATTORNEY GEN. OF VIRGINIA

*/s/ Kevin M. Gallagher*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
VIRGINIA ATTORNEY GENERAL'S
  OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for Commonwealth of Virginia*

LIZ MURRILL
  ATTORNEY GEN. OF LOUISIANA

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga
  *Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel. (225) 326-6766
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*


LYNN FITCH
  ATTORNEY GEN. OF MISSISSIPPI

*/s/ Justin L. Matheny*
Justin L. Matheny
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Tel. (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

**No. 25-10161**

**State of Georgia, et al. v. U.S. Department of Energy**

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Petitioners State of Georgia, State of Kansas, State of Tennessee, State of Alabama, State of Arkansas, State of Idaho, State of Iowa, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of Texas, State of Utah, Commonwealth of Virginia, State of West Virginia, Rinnai America Corporation, National Propane Gas Association, National Association of Home Builders, Natural Gas Association of Georgia, Inc., American Gas Association, American Public Gas Association, Florida Propane Gas Association, and Florida Natural Gas Association ("Petitioners"), and Respondent U.S. Department of Energy (collectively, "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Appellate Procedure 42(b)(1) and Eleventh Circuit Rule 42-1(a), hereby agree and stipulate to the voluntary dismissal of this petition for review, Case No. 25-10161. The parties also agree and stipulate that each side shall bear their own costs.

The U.S. Department of Energy published a final rule on gas instantaneous water heaters on December 26, 2024. *See* "Energy Conservation Program: Energy Conservation Standards for Consumer Gas-fired Instantaneous Water Heaters," 89 Fed. Reg. 105188 (Dec. 26. 2024). Petitioners filed a petition challenging the rule

No. 25-10161
## State of Georgia, et al. v. U.S. Department of Energy

on January 17, 2025.  ECF 001.  The Court granted petitioners' unopposed motion

to hold the case in abeyance on March 12, 2025.  ECF 44.

Pursuant to the Congressional Review Act, 5 U.S.C. §§ 801 *et seq.*, the

House of Representatives and the Senate passed, and the President signed, a joint

resolution disapproving the Department of Energy's rule at issue in this case. *See*

H.J. Res. 20, 119th Cong., 1ˢᵗ Sess. (2025) (signed by President May 9, 2025),

available at H.J.Res.20 - 119th Congress (2025-2026); White House Press Release:

President Donald J. Trump Signed H.J. ' Res. 20, 24, 42, and 75, and S.J. Res.' 18,

28 into Law | The American Presidency Project.  The Congressional Review Act

provides that "[a] rule shall not take effect (or continue), if the Congress enacts a

joint resolution of disapproval." 5 U.S.C. § 801(b)(1).  *See also* H.J. Res. 20, *supra*

(stating that Congress "disapproves the rule submitted by the Department of

Energy relating to 'Energy Conservation Program: Energy Conservation Standards

for Consumer Gas-fired Instantaneous Water Heaters' (89 Fed. Reg. 105188

(December 26, 2024)), and such rule shall have no force or effect").

Subsequently, the Department of Energy withdrew the rule based on the

disapproval.  *See* Energy Conservation Program: Energy Conservation Standards

for Consumer Gas-Fired Instantaneous Water Heaters, 90 FR 21390-01 (May 20,

2025) ("Pursuant to the Congressional Review Act, this document withdraws a

disapproved final rule that was published in the **Federal Register** on December 26,

**No. 25-10161**
**State of Georgia, et al. v. U.S. Department of Energy**

2024. The final rule would have established amended energy conservation

standards for gas-fired instantaneous water heaters.").

Because the Department of Energy final rule has been disapproved pursuant

to the Act and subsequently withdrawn by the Department and therefore has no

continuing legal effect, Petitioners' petition for review of the final rule is moot.

*See Ethredge v. Hail*, 996 F.2d 1173, 1175 (11th Cir. 1993) ("A case is moot when

it no longer presents a live controversy with respect to which the court can give

meaningful relief."); *Frulla v. CRA Holdings, Inc.,* 543 F.3d 1247, 1251 (11th Cir.

2008) (same).  Accordingly, the parties stipulate and agree that the petition should

be voluntarily dismissed.

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

Date: May 27, 2025                    Respectfully submitted,

| | |
|---|---|
| REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP | CHRISTOPHER M. CARR ATTORNEY GEN. OF GEORGIA |
| */s/ Courtland L. Reichman* | */s/ Stephen J. Petrany* |
| Courtland L. Reichman | Stephen J. Petrany |
| REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP | *Solicitor General* |
| 100 Marine Parkway, Ste. 300 | GEORGIA DEPARTMENT OF LAW |
| Redwood Shores, CA 94065 | 40 Capitol Square SW |
| Tel. (650) 623-1402 | Atlanta, Georgia 30334 |
| creichman@reichmanjorgensen.com | Tel. (404) 458-3408 |
| | spetrany@law.ga.gov |
| Sarah O. Jorgensen | |
| 1201 West Peachtree St., Ste. 2300 | *Counsel for State of Georgia* |
| Atlanta, GA 30309 | |
| Tel. (650) 623-1403 | |
| sjorgensen@reichmanjorgensen.com | JONATHAN SKRMETTI ATTORNEY GEN. AND REPORTER OF TENNESSEE |
| David A. King Jr. | |
| 1909 K Street, NW, Suite 800 | */s/ Virginia N. Adamson* |
| Washington, DC 20006 | Virginia N. Adamson |
| dking@reichmanjorgensen.com | *Strategic Litigation Counsel & Assistant Solicitor General* |
| *Counsel for Petitioners Rinnai America Corp., National Association of Home Builders, National Propane Gas Association, American Gas Association, American Public Gas Association, Natural Gas Association of Georgia, Inc., Florida Natural Gas Association, and Florida Propane Gas Association* | J. Matthew Rice |
| | *Solicitor General* |
| | STATE OF TENNESSEE |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 20207 |
| | Nashville, Tennessee 37202 |
| | Tel. (615) 741-3491 |
| | Jenna.Adamson@ag.tn.gov |
| | *Counsel for State of Tennessee* |

4

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| **ST. JOHN LLC** | **TIM GRIFFIN**<br>  **ATTORNEY GEN. OF ARKANSAS** |
| */s/ Joseph S. St. John*<br>Joseph S. St. John<br>ST. JOHN LLC<br>1701 Jefferson Avenue<br>New Orleans, LA 70115<br>Tel. (410) 212-3475<br>scott@stjohnlaw.com | */s/ Autumn Hamit Patterson*<br>Autumn Hamit Patterson<br>  *Solicitor General*<br>OFFICE OF ATTORNEY GENERAL<br>  TIM GRIFFIN<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Tel. (501) 682-2007<br>autumn.patterson@arkansasag.gov |
| *Counsel for Rinnai America Corp.* | *Counsel for State of Arkansas* |
| **KRIS W. KOBACH**<br>  **ATTORNEY GEN. OF KANSAS** | **BRENNA BIRD**<br>  **ATTORNEY GEN. OF IOWA** |
| */s/ Anthony J. Powell*<br>Anthony J. Powell<br>  *Solicitor General*<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Tel. (785) 368-8539<br>anthony.powell@ag.ks.gov | */s/ Eric H. Wessan*<br>Eric H. Wessan<br>  *Solicitor General*<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>Tel. (515) 823-9117<br>eric.wessan@ag.iowa.gov |
| *Counsel for State of Kansas* | *Counsel for State of Iowa* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

STEVE MARSHALL
  ATTORNEY GEN. OF ALABAMA

/s/ Robert M. Overing
Robert M. Overing
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
  OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130
Tel. (334) 242-7300
robert.overing@AlabamaAG.gov

*Counsel for State of Alabama*


RAUL R. LABRADOR
  ATTORNEY GENERAL OF IDAHO

/s/ Alan Hurst
Alan Hurst
  *Solicitor General*
OFFICE OF THE IDAHO
  ATTORNEY GENERAL
700 W Jefferson St #210
Boise, ID 83720
Tel. (208) 334-2400
alan.hurst@ag.idaho.gov

*Counsel for State of Idaho*


RUSSELL COLEMAN
  ATTORNEY GEN. OF KENTUCKY

/s/ Jack Heyburn
Matthew F. Kuhn
  *Solicitor General*
Jack Heyburn
  *Principal Deputy Solicitor General*
700 Capital Avenue, Ste. 118
Frankfort, KY 40601
Tel. (502) 696-5300
matt.kuhn@ky.gov
jack.heyburn@ky.gov

*Counsel for Commonwealth of
Kentucky*


AUSTIN KNUDSEN
  ATTORNEY GEN. OF MONTANA

/s/ Christian Corrigan
Christian Corrigan
  *Solicitor General*
MONTANA DEPT. OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel. (406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| ANDREW BAILEY<br>  ATTORNEY GEN. OF MISSOURI<br><br>*/s/ Joshua M. Devine*<br>Joshua M. Devine<br>  *Solicitor General*<br>MISSOURI ATTORNEY<br>  GENERAL'S OFFICE<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-8870<br>Josh.divine@ago.mo.gov<br><br>*Counsel for State of Missouri* | DREW H. WRIGLEY<br>  ATTORNEY GEN. OF<br>  NORTH DAKOTA<br><br>*/s/ Philip Axt*<br>Philip Axt<br>  *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Tel. (701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for State of North Dakota* |
| MICHAEL T. HILGERS<br>  ATTORNEY GEN. OF NEBRASKA<br><br>*/s/ Grant D. Strobl*<br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>OFFICE OF THE NEBRASKA<br>  ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Tel. (402) 471-2683<br>Grant.strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* | GENTNER DRUMMOND<br>  ATTORNEY GEN. OF OKLAHOMA<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II<br>  *Solicitor General*<br>OKLAHOMA OFFICE OF THE<br>  ATTORNEY GENERAL<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Tel. (405) 312-2451<br>garry.gaskins@oag.ok.gov<br><br>*Counsel for State of Oklahoma* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

**DAVE YOST**
  **ATTORNEY GEN. OF OHIO**

*T. Elliot Gaiser*
T. Elliot Gaiser
  *Solicitor General*
30 East Broad Street, 17th floor
Columbus, OH 43215
Tel. (614) 466-8980
thomas.gaiser@ohioag.gov

*Counsel for State of Ohio*


**ALAN WILSON**
  **ATTORNEY GEN. OF**
  **SOUTH CAROLINA**

*/s/ Thomas Hydrick*
Thomas Hydrick
  *Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29201
Tel. (803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*


**KEN PAXTON**
  **ATTORNEY GEN. OF TEXAS**

Brent Webster
  *First Assistant Attorney General*

*/s/ Aaron L. Nielson*
Aaron L. Nielson
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
aaron.nielson@oag.texas.gov

*Counsel for State of Texas*


**JOHN B. MCCUSKEY**
  **ATTORNEY GEN. OF**
  **WEST VIRGINIA**

*/s/ Michael R. Williams*
Michael R. Williams
  *Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Tel. 304-558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virgina*

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| | |
|---|---|
| **DEREK BROWN**<br>  ATTORNEY GEN. OF UTAH | **LIZ MURRILL**<br>  ATTORNEY GEN. OF LOUISIANA |
| */s/ Stanford E. Purser* | */s/ J. Benjamin Aguiñaga* |
| Stanford E. Purser<br>  *Solicitor General*<br>OFFICE OF THE UTAH<br>  ATTORNEY GENERAL<br>160 E. 300 S., 5th floor<br>Salt Lake City, Utah 84111<br>Tel. (801) 366-0100<br>spurser@agutah.gov | J. Benjamin Aguiñaga<br>  *Solicitor General*<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel. (225) 326-6766<br>AguinagaB@ag.louisiana.gov |
| *Counsel for State of Utah* | *Counsel for State of Louisiana* |
| **JASON MIYARES**<br>ATTORNEY GEN. OF VIRGINIA | **LYNN FITCH**<br>  ATTORNEY GEN. OF MISSISSIPPI |
| */s/ Kevin M. Gallagher* | */s/ Justin L. Matheny* |
| Kevin M. Gallagher<br>  *Principal Deputy Solicitor General*<br>VIRGINIA ATTORNEY GENERAL'S<br>  OFFICE<br>202 North 9th Street<br>Richmond, VA 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us | Justin L. Matheny<br>  *Deputy Solicitor General*<br>MISSISSIPPI ATTORNEY<br>  GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>Tel. (601) 359-3680<br>justin.matheny@ago.ms.gov |
| *Counsel for Commonwealth of Virginia* | *Counsel for State of Mississippi* |

No. 25-10161
**State of Georgia, et al. v. U.S. Department of Energy**

| U.S. DEPARTMENT OF ENERGY | |
|---|---|
| */s/ Jack Starcher* <br> Jack Starcher <br> Michael S. Raab <br>  *Attorneys, Appellate Staff* <br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave. NW <br> Washington, DC 20530 <br> (202) 514-8877 <br> john.e.starcher@usdoj.gov <br><br> *Counsel for Respondent* | |

10

**No. 25-10161**

**State of Georgia, et al. v. U.S. Department of Energy**

**Certificate of Compliance With Type-Volume Limit,**
**Typeface Requirements, and Type-Style Requirements**

This document complies with the typeface requirements of Fed. R. App. P.

32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this

document has been prepared in a proportionally spaced typeface using Microsoft

Word Version 2501 in 14-point Times New Roman font.

*/s/ Courtland L. Reichman*
Courtland L. Reichman

*Counsel for Petitioners Rinnai America*
*Corp., National Association of Home*
*Builders, National Propane Gas*
*Association, American Gas Association,*
*American Public Gas Association, Natural*
*Gas Association of Georgia, Inc., Florida*
*Natural Gas Association, and Florida*
*Propane Gas Association*

Dated: May 27, 2025

11