# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-10161-F
Case Style: State of Georgia, et al v. U.S. Department of Energy
Agency Docket Number: RIN-1904-AF65

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-10161-F

_____

STATE OF GEORGIA,
STATE OF KANSAS,
STATE OF TENNESSEE,
STATE OF ALABAMA,
STATE OF ARKANSAS, et al.,

                              Petitioners,

versus

U.S. DEPARTMENT OF ENERGY,

                              Respondent.

_____

Petition for Review of a Decision of the
Department of Energy

_____

ORDER: Motion to voluntarily dismiss appeal filed by Petitioner Rinnai America Corporation is GRANTED by clerk [10475533-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date 05/30/2025..

Effective May 30, 2025.

                        DAVID J. SMITH
        Clerk of Court of the United States Court
          of Appeals for the Eleventh Circuit

                                          FOR THE COURT - BY DIRECTION